ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Alutiiq General Contractors, LLC | ) ASBCA No. 63440 |
| | ) |
| Under Contract No. W912J6-17-C-0001 | ) |

APPEARANCES FOR THE APPELLANT:     Mark G. Jackson, Esq.
                                                             Matthew Emmons, Esq.
                                                               Jackson Holcomb LLP
                                                               Seattle, WA

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                                                    Army Chief Trial Attorney
                                                                 MAJ Joseph A. Season, JA
                                                                   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 11, 2025

_____
MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63440, Appeal of Alutiiq General Contractors, LLC, rendered in conformance with the Board's Charter.

Dated:  August 11, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals